Melanie L. Cyganowski, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Special Litigation and Conflicts Counsel for*
*Navillus Tile, Inc. d/b/a Navillus Contracting*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                                : Chapter 11

NAVILLUS TILE, INC., d/b/a NAVILLUS         : Case No. 17-13162 (shl)
CONTRACTING,

     Debtor.                            :

-------------------------------------------------------------x

NAVILLUS TILE, INC., d/b/a NAVILLUS         :
CONTRACTING,

     Plaintiff,                            :
                                                                        : Adv. Proc. No. 18-01638 (shl)
  -against-                                              :

HUNTER ROBERTS CONSTRUCTION GROUP, LLC, :

     Defendant.                        :

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  Randy J. Schaefer, being duly sworn, deposes and says that:

  I am over 18 years old, am not a party to this action and reside in Huntington Station, New York. On September 26, 2018, I served the:

- SUMMONS

5430126.1

- ADVERSARY COMPLAINT

upon the following by regular first class mail by mailing true copies of same in securely sealed, postpaid envelopes, properly addressed to:

*Defendant:*
Hunter Roberts Construction Group
55 Water Street, 51st Floor
New York, New York 10017
Attention: officer, a managing or general agent

*Defendant's Registered Agent:*
Hunter Roberts Construction Group, LLC
c/o Corporation Service Company
80 State Street
Albany, New York 12207-2543

*Defendant's Attorneys:*
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Philadelphia, PA 19103
Attention: Gaetano P. Piccirilli, Esq.

I caused said envelopes to be placed in a depository under the care and custody of the United States Postal Service within the State of New York.

Randy J. Schaefer

Sworn to before me this
26th day of September, 2018

Notary Public

**NANCY REGINA**
Notary Public, State of New York
No. 01RE4772222
Qualified in Bronx County
Commission Expires Aug. 31, 2022