UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re :                                                                     :
                                                                            : Chapter 11
NAVILLUS TILE, INC. d/b/a NAVILLUS                                          :
CONTRACTING,                                                                : Case No. 17-13162 (shl)
                                                                            :
                        Debtor.                                             :
------------------------------------------------------------------x
NAVILLUS TILE, INC. d/b/a NAVILLUS                                          :
CONTRACTING,                                                                :
                                                                            : Adv. Pro. No. 18-01638 (shl)
                        Plaintiff,                                          :
                                                                            :
- against-                                                                  :
                                                                            :
HUNTER ROBERTS CONSTRUCTION                                                 :
GROUP, LLC,                                                                 :
                                                                            :
                        Defendant.                                          :
------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Navillus Tile, Inc., d/b/a Navillus Contracting ("Navillus" or the "Debtor") and Hunter Roberts Construction Group LLC ("Hunter Roberts"), by and through their undersigned counsel, hereby stipulate to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable herein by Federal Rule of Bankruptcy Procedure 7041.

STIPULATED AND AGREED:

| OTTERBOURG, P.C. | KLEHR HARRISON HARVEY BRANZBURG LLP |
| --- | --- |
| Special Counsel to Navillus Tile, Inc., d/b/a Navillus Contracting | Counsel to Hunter Roberts Construction Group LLC |
| By: /s/ *Melanie L. Cyganowski* | By: /s/ *Gaetano P. Piccirilli* |
| Melanie L. Cyganowski, Esq. | Gaetano P. Piccirilli, Esq. |
| 230 Park Avenue | 1835 Market Street, Suite 1400 |
| New York, N.Y. 10169 | Philadelphia, P.A. 19103 |
| Tel. (212) 661-9100 | Tel. (215) 569-3699 |
| Dated: March 11, 2019 | Dated: March 11, 2019 |

**SO ORDERED:** Dated: March 18, 2019
/s/ *Sean H. Lane*
United States Bankruptcy Judge

5626738.1